

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2000 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 00-234 |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy; 21 U.S.C. § 841(a)(1): Distribution of heroin; 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute Heroin] |
| CIRCUNSICION GARCIA, EDMUNDO GARCIA CORONA, aka Edmundo C. Garcia, SOLORIO CAJERO VERONICA, aka Veronica Cajero Solorio, aka Solorio Veronica Cajero, aka Salvador Ramirez, and ISRAEL SANCHEZ, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing to on or about February 24, 2000, in Ventura County, within the Central District of California, defendants CIRCUNSICION GARCIA ("GARCIA"), EDMUNDO GARCIA CORONA, aka Edmundo C. Garcia

MAY:may



("CORONA"), SOLORIO CAJERO VERONICA, aka Veronica Cajero Solorio, aka Solorio Veronica Cajero, aka Salvador Ramirez ("VERONICA"), ISRAEL SANCHEZ ("SANCHEZ"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally possess with intent to distribute a mixture or substance containing in excess of 1,000 grams of heroin, a schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

B. <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED</u>

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendant GARCIA would locate prospective heroin buyers to sell heroin.

2. Defendants CORONA and GARCIA would negotiate to sell heroin to prospective heroin buyers for a certain price, and would arrange to have the heroin delivered to the buyers at a certain location.

3. Defendant VERONICA would obtain heroin for defendants CORONA and GARCIA to sell to prospective heroin purchasers.

4. Defendants VERONICA and SANCHEZ would deliver the heroin to defendants GARCIA and CORONA at an agreed-upon location.

5. Defendants VERONICA, GARCIA, and CORONA would sell the heroin to the prospective buyers.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the

object of the conspiracy, on or about the following dates, defendants GARCIA, CORONA, VERONICA and SANCHEZ, and other co-conspirators known and unknown to the Grand Jury, committed various overt acts within the Central District of California and elsewhere, including but not limited to the following:

1. On January 11, 2000, GARCIA agreed to place a prospective heroin purchaser in contact with a source of heroin who could sell the prospective purchaser approximately 1,000 grams of heroin.

2. On February 9, 2000, GARCIA introduced a prospective heroin purchaser to CORONA, in order for CORONA to sell heroin to the prospective purchaser.

3. On February 9, 2000, CORONA sold to a heroin purchaser approximately 28 grams of heroin for $525. The one ounce of heroin was a sample of the quality of heroin CORONA could provide to the heroin purchaser in the future.

4. On February 9, 2000, CORONA agreed to meet and negotiate a future sale of heroin with a prospective purchaser.

5. On February 23, 2000, CORONA agreed to sell approximately 1,000 grams of heroin to a prospective purchaser the following day.

6. On February 24, 2000, VERONICA and SANCHEZ transported approximately 995 grams of heroin to GARCIA and CORONA for the purpose of having GARCIA, CORONA, and VERONICA sell the heroin to a prospective purchaser.

7. On February 24, 2000, VERONICA, GARCIA and CORONA agreed to sell, to a prospective heroin purchaser, the

approximately 995 grams of heroin which VERONICA and SANCHEZ had transported to GARCIA and CORONA.

    8. On February 24, 2000, GARCIA, CORONA, VERONICA, and SANCHEZ possessed the approximately 995 grams of heroin which they intended to deliver to the prospective heroin purchaser.

COUNT TWO

[21 U.S.C. § 841(a)(1)]

On or about February 9, 2000, in Ventura County, within the Central District of California, defendants CIRCUNSICION GARCIA and EDMUNDO GARCIA CORONA, aka Edmundo C. Garcia, knowingly and intentionally distributed approximately 28 grams of a mixture or substance containing a detectable amount of heroin, a schedule I narcotic drug controlled substance.

## COUNT THREE

[21 U.S.C. § 841(a)(1)]

On or about February 24, 2000, in Ventura County, within the Central District of California, defendants CIRCUNSICION GARCIA, EDMUNDO GARCIA CORONA, aka Edmundo C. Garcia, SOLORIO CAJERO VERONICA, aka Veronica Cajero Solorio, aka Solorio Veronica Cajero, aka Salvador Ramirez, and ISRAEL SANCHEZ knowingly and intentionally possessed with the intent to distribute more than 500 grams, that is, approximately 995 grams, of a mixture or substance containing a detectable amount of heroin, a schedule I narcotic drug controlled substance.

A TRUE BILL

_____
Foreperson

ALEJANDRO N. MAYORKAS
United States Attorney

*[signature]*
GEORGE S. CARDONA
Assistant United States Attorney
Chief, Criminal Division

JOHN S. GORDON
Assistant United States Attorney
Chief, Major Narcotics