FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority    X
Send        X
Enter       ___
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 00-0234-RMT ✓ |
| ) | CV 04-1036-RMT |
| Plaintiff, ) | |
| ) | ORDER SETTING BRIEFING |
| vs. ) | SCHEDULE ON MOTION TO |
| ) | VACATE, SET ASIDE OR |
| SOLORIO CAJERO VERONICA, ) | CORRECT SENTENCE |
| ) | |
| Defendant. ) | |

On February 17, 2004, defendant Solorio Cajero Veronica filed a motion to vacate, set aside or correct sentence by a person in federal custody pursuant to 28 U.S.C. section 2255,

IT IS ORDERED that, by April 5, 2004, the government shall file an opposition, or statement of non-opposition; reply, if any, shall be filed by April 19, 2004. On or about May 10, 2004, the court shall issue either (a) a ruling, or (b) an order requiring further briefing and/or setting the matter for oral argument.

//
//
//
//
//

ENTER ON ICMS
FEB 27 2004

1

1  IT IS FURTHER ORDERED that the moving party shall, forthwith, serve
2  the government with a copy of this order together with a copy of the motion, and file
3  proof of service.  THERE WILL BE SANCTIONS FOR FAILURE TO COMPLY WITH
4  THIS ORDER.
5  Dated: February 23, 2004

   *[signature]*
   ROBERT M. TAKASUGI
   United States District Sr. Judge