FILED
2011 FEB 11 PM 1:52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA     PLAINTIFF

-VS-     NO. CR-00-234-RMT
CV11-1343-CAS
04CV 1036-RMT

SOLORIO VERONICA     DEFENDANT

## MOTION TO SET-ASIDE AND VACATE
## JUDGMENT OF CONVICTION AND SENTENCE

    Comes the defendant, Solorio Veronica, pro se, and moves the Court for an Order vacating its judgment of conviction and sentence of November 5, 2001, because of the following reasons:

    1. Count One of the indictment failed to allege any offense against the federal government due to its omission of a beginning date or time for commencement of the charged conspiracy. This issue has been ruled upon, and resolved, by the Ninth Circuit in United States v Cecil, 608 F.2d 1294 (1979). There, the indictment failed to place the conspiracies within any time frame. "The language 'beginning on or before July, 1975, and continuing thereafter until on or after October, 1975,' is open-ended in both directions." Id. at 1297. Simi-

lar to the instant indictment against Veronica, the document is rather barren. It states the alleged location, and offers the names of some of the alleged co-conspirators. The lack of particularity runs afoul of two key functions of indictments: (1) alleging facts sufficient to facilitate the proper preparation of a defense, and (2) ensuring that defendant was prosecuted on facts presented to the Grand Jury. In addition, it raises a problem described by another panel of the Ninth Circuit:

> To allow a prosecutor or court to make a subsequent guess as to what was in the minds of the grand jury at the time they returned the indictment would deprive the defendant of a basic protection that the grand jury was designed to seure, because a defendant could tehn be convicted on the basis of facts not found by, and perhaps not even presented to, the grand jury that indicted him (citations omitted).

United States v Keith, 605 F.2d 462, 464 (9th Cir.,1979).

The possibility that a defendant will suffer collateral consequences from a sentence already served precludes a finding of mootness. Minnesota v Dickerson, 508 U.S. 366, 371 n. 2 (1993), and United States v Corrigan, 144 F.3d 763, 766 n. 3 (11th Cir.1998). A defendant is entitled to relief under the common law writ of coram nobis if a conviction carries continuing penalties. Nicks v United States, 955 F.2d 161,

166-67 (2nd Cir.1992). Coram nobis is used to obtain relief for judicial wrongs for which there is no other remedy. Relief is founded on the inherent power of a court to reverse its own judgment. <u>Bronson</u> v <u>Schulten</u> 104 U.S. 410, 416-17 (1882). Innocence is not required. <u>United States</u> v <u>Morgan</u>, 346 U.S. 502 (1954).

2. The defendant, Solorio Veronica, should never have been taken to trial on the instant charges because the indictment did not allege the elements of a federal statutory offense. <u>United States</u> v <u>Cotton</u>, 261 F.3d 397 (4th Cir.1999), rev'd 152 L.Ed.2d 860 (2002). The omission of a beginning date deprives him of the protections of the double jeopardy clause of the 5th Amendment in that the present offense may simply be a continuation of a prior conspiracy for which he has already been convicted, or the government may institute additional charges bases on acts occurring within the time period which should have been charged herein.

WHEREFORE, defendant Solorio Veronica, pro se , requests the Court to enter an Order vacating, setting-aside, and holding for naught, the judgment of conviction and sentence entered November 5, 2001.

Respectfully submitted,

*[Signature: Solorio Veronica]*

SOLORIO VERONICA
# 16016-112
U.S. Penitentiary
P O Box 33
Terre Haute, INd  47808


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to the U.S. Attorney's Office, U.S. Courthouse, Los Angeles, Cal 90012, by depositing same in the prison's legal mail depository, postage prepaid, this 30th day of December 2010.

*[Signature: Solorio Veronica]*
DEFENDANT  "pro se"



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Friday, February 11, 2011

**SOLORIO VERONICA**
**#16016-112**
**P.O. BOX 33**
**TERRE HAUTE, IN 47808**

Dear Sir/Madam:

A ☐ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number _____

A ☒ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number **CR 00-234-3** and also assigned the civil case number **CV11- 1343 PSG**

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☒ District Court Judge __**Philip S. Gutierrez**_____
☐ Magistrate Judge _____
at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: __RMARSHAL_____

Deputy Clerk

CV-17 (06/09)            **LETTER re FILING H/C PETITION or 28/2255 MOTION**