

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA           PLAINTIFF

-VS-              NO. CR 00-234-CAS
                NO. 11-1343-CAS

SOLORIO CAJERO VERONICA           DEFENDANT

### REPLY TO THE GOVERNMENT'S OPPOSITION MOTION

Comes the defendant, Solorio Cajero Veronica, "pro se", and for his response to the Government's "Opposition Motion" to the Defendant's "Request to Consider Government's Failure to Respond as an Admission of Error", submits that his motion cannot be recharacterized as a § 2255 petition. Therefore, it is unnecessary to first obtain permission from the Ninth Circuit Court of Appeals.

The motion was not contested by the Government in its Response. Instead, it elected to proceed on a technical argument. This defendant is entitled to a hearing. United States v Resendiz, 2005 U.S. DIst. LEXIS 29829 (N.D.Ill.). His allegations must be accepted as true. United States v. Headman, 594 F.3d 1179 (10th Cir.2010); and Walker v Johnston, 312 U.S. 275, 285 (1941); and Stidham v Wingo, 452 F.2d 837 (6th Cir. 1971).

WHEREFORE, defendant Solorio Cajero Veronica, "pro se", requests the Court to deny the Government's latest motion.

                                        Respectfully submitted,

                                        SOLORIO CAJERO VERONICA
                                        #16016-112
                                        U.S. Penitentiary
                                        P O Box  33
                                        Terre Haute, Ind   47808

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy hereof was mailed to Hon. Robert E. Dugdale, Ass't U S Atty, 1200 U.S. Courthouse, 312 North Spring St, Los Angeles, Cal  90012, this 26 day of July, 2011

                                        *Solorio Veronica*
                                        DEFENDANT