UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-1343-CAS<br>CR00-234-CAS | Date | August 2, 2011 |
|---|---|---|---|
| Title | *SOLORIO VERONICA v. UNITED STATES OF AMERICA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          (IN CHAMBERS)

On July 18, 2011, the Court issued an Order Granting Respondent's Motion to Dismiss Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence.  The Court is in receipt of Petitioner's Reply to the Government's Opposition Motion filed July 29, 2011 and considers Petitioner's Reply as a Motion for Reconsideration.  Petitioner's Motion for Reconsideration is hereby denied.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |